[No. 12659-5-III.   Division Three.   March 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY M. DWINELL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-1-00117-2, Duane E. Taber, J., entered August 20, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 30060-1-I.   Division One.   March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES NORDIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02969-1, James A. Noe, J., entered January 14, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30585-9-I.   Division One.   March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS D. GLOCKNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-01526-2, John M. Darrah, J., entered March 25, 1992. *Affirmed* by unpublished per curiam opinion.

[Nos. 31440-8-I; 32810-7-I.   Division One.   March 28, 1994.]

WILL KNEDLIK, *Appellant*, v. JANET KNEDLIK, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 90-2-22460-1, Ann Schindler, J., entered August 14, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Forrest, J. Pro Tem.